**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                                  **Case No.: 97 CR 98**

**DAVID A. KADLEC,**

        Defendant.

---

### MOTION FOR REDUCTION IN SENTENCING PURSUANT TO 18 U.S.C §3582(C)(2)

---

**COMES NOW**, the above named defendant, through his Attorney Robert G. LeBell, and moves the Court for reduction of the sentence previously imposed in the above captioned matter pursuant to 18 U.S.C. §3582(c)(2).

**AS GROUNDS THEREFORE** the defendant relies upon the Memorandum in Support of such motion to establish that the guideline range applicable to the defendant has subsequently been lowered as a result of and Amendment to the Guideline Manual and is consistent with U.S.S.G. §1B1.10(c).

Dated at Milwaukee, Wisconsin this 26th day of August, 2013.

                                      Respectfully submitted,

                                      /s/ *Robert G. LeBell*

                                      Robert G. LeBell, SBN 01015710
                                      Attorney for Defendant
                                      309 N. Water Street, Suite 350
                                      Milwaukee, Wisconsin 53202

-1-

(414) 276-1233

Case 2:97-cr-00098-JPS   Filed 08/26/13   Page 2 of 2   Document 2058