UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                                   Case No. 97-CR-98-JPS

DAVID A. KADLEC,

    Defendant.

**David Kadlec's Motion to File Under Seal His Motion for Compassionate Release and All Attachments, with Respect to Privacy/Medical Issues Pursuant to Fed. R. Crim. P. 49.1**

Due to the personal nature of the information contained herein, David Kadlec asks the court to seal the enclosed motion and all attachments in its entirety from public view.

The specific material we're asking the court to seal pertains to Kadlec's medical history (which is referenced throughout the entire motion and attachments) and any identifying addresses or phone numbers of his friends or family members.

We can provide a redacted copy if requested.

Thank you,

Defendant, David Kadlec, Pro Se
Reg. Number: 05035-089
USP Canaan
3057 Eric J. Williams Memorial Dr
Waymart, PA 18472