UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
                         *Plaintiff,*

Case No.: 2:97-cr-00098-10

DAVID A. KADLEC,
                         *Defendant.*

## MOTION TO WITHDRAW AS COUNSEL FOR DAVID A. KADLEC

ALEXANDER E. BASINSKI, ESQ., being an attorney admitted to practice law in this District, and subject to the penalties of perjury, does hereby declare the following to be true and correct:

1. I represent the defendant, DAVID A. KADLEC ("Mr. Kadlec" or "Defendant").

2. On June 21, 2021, I filed a notice of attorney appearance on behalf of Mr. Kadlec for the purposes of filing a Motion for Compassionate Release. (*See* Dkt. No. 2253.)

3. Since that time, Mr. Kadlec has indicated to counsel that due to financial considerations, he wishes to proceed by filing a Motion for Compassionate Release *pro se* and without the assistance of counsel.

4. As a result, I respectfully ask that this Court permit me to withdraw as counsel so that Mr. Kadlec may proceed *pro se*.

WHEREFORE, I respectfully ask that this Court grant counsel's request to withdraw and for any such other and further relief as to this Court seems just and proper.

4410725, 1, 056961.0009
Case 2:97-cr-00098-JPS   Filed 12/08/21   Page 1 of 2   Document 2265

DATED:   Buffalo, New York
         December 8, 2021

Respectfully submitted,

                                                /s/Alexander E. Basinski
                                            _____
                                            ALEXANDER E. BASINSKI, ESQ.
                                            LIPSITZ GREEN SCIME & CAMBRIA LLP
                                            Attorney for Defendant
                                            DAVID A. KADLEC
                                            Office and Post Office Address
                                            42 Delaware Avenue – Suite 300
                                            Buffalo, New York 14202
                                            (716) 849-1333

TO:   CAROL L. KRAFT, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      517 E Wisconsin Avenue – Room 530
      Milwaukee, WI 53202