# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID A. KADLEC,<br><br>　　　　　　　Defendant. | Case No. 97-CR-98-10-JPS<br><br>**ORDER** |

On December 7, 2021, the defendant in the above-captioned case filed a motion for compassionate release. (Docket #2266). Counsel filed a motion to withdraw, explaining that, due to financial considerations, Defendant wished to proceed pro se with his motion for compassionate release. (Docket #2265). Pursuant to Judge Griesbach's January 8, 2019 General Order on the First Step Act of 2018, which appoints Federal Defender Services of Wisconsin, Inc. ("FDS") to advise and represent individuals filing motions for compassionate release, the matter is herewith referred to FDS for further review. FDS must inform the Court by **December 27, 2021** whether it intends to file a reply on the defendant's behalf. The Court directs the Bureau of Prisons to release any of defendant's medical records that may be needed to FDS for review. If any medical records are placed on the docket, they must be filed in a restricted form, so that they are only accessible to the parties.

　　　　Accordingly,

　　　　**IT IS ORDERED** that counsel's motion to withdraw (Docket #2265) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that this matter is herewith **REFERRED** to the Federal Defender Services for review; and

**IT IS FURTHER ORDERED** that Federal Defender Services shall inform the court by **December 27, 2021** whether it intends to file anything on the defendant's behalf.

Dated at Milwaukee, Wisconsin, this 13th day of December, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge