# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alex Vlisides
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

January 11, 2022

Honorable J.P. Stadtmueller
United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. David Kadlec*
      Case No. 97-cr-98

Dear Judge Stadtmueller:

We have had a chance to review Mr. Kadlec's motion for compassionate release, which appears to raise valid reasons for consideration of compassionate release and that would benefit from the assistance of counsel. Unfortunately, we have determined that our office has a conflict in this matter. Accordingly, we are requesting that the Court order the appointment of counsel. Upon receiving such an order, we will promptly seek counsel to assist Mr. Kadlec.

I apologize for the delay in responding to the Court's order, which was the result of my oversight.

Thank you for your consideration.

Sincerely,

*s/ Craig W. Albee*
Craig W. Albee

CWA/jmb