# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID KADLEC, <br><br> Defendant. | Case No. 97-CR-98-10-JPS <br><br> **ORDER** |

On December 7, 2021, Defendant filed a motion for compassionate release through counsel, who withdrew shortly thereafter due to financial considerations. (Docket #2264, #2265). On December 13, 2021, the Court referred Defendant's motion to the Federal Defender Services of Wisconsin, Inc. ("FDS"). (Docket #2267). On January 11, 2022, FDS indicated that it could not represent Defendant due to a conflict. (Docket #2268). However, FDS explained that it believed the case would benefit from assistance of counsel, and requested the Court appoint counsel. (*Id.*)

Since Defendant's moving brief was drafted with the assistance of counsel, it does not appear necessary to appoint additional counsel at this juncture. The better course of action is to order the Government to file a response brief to determine the grounds of opposition, if any. Once the Government has submitted its response brief, the Court will determine whether appointment of counsel is appropriate. The Government shall have **fourteen (14) days** in which to respond to Defendant's motion.

Accordingly,

**IT IS ORDERED** that the Government shall submit a response within **fourteen (14) days**.

Dated at Milwaukee, Wisconsin, this 21th day of January, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge