UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 97-CR-98

DAVID KADLEC,

    Defendant.

ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on February 14, 2022, in the above-named case be **SEALED** until further order of this Court.

SO ORDERED this \_\_\_\_ day of February, 2022.

HONORABLE J P STADTMUELLER
United States District Judge