UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 97-CR-98

DAVID KADLEC,

    Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2022, I electronically filed a Response to David Kadlec's Pro Se Motion for Sentence Reduction under seal with the Clerk of the Court using the ECF system and I hereby certify that I have mailed a copy of the sealed Response, together with attachments, submitted to the Court to:

David Kadlec
Reg. Number 05035-089
USP Canaan
3057 Eric J. Williams Memorial Dr
Waymart, PA 18472

                                      *s/Carol L Kraft*
                                      Assistant United States Attorney
                                      Attorney for Plaintiff
                                      Office of the United States Attorney
                                      Eastern District of Wisconsin
                                      517 E. Wisconsin Avenue, Room 530
                                      Milwaukee, Wisconsin 53202
                                      Telephone: (414) 297-1700
                                      Fax: (414) 297-1738
                                      E-Mail: Carol.Kraft@usdoj.gov