

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

    Plaintiff,

V.                                                                       Case No. 97-CR-98-JPS

DAVID A. KADLEC,

    Defendant.

## DAVID KADLEC'S RENEWED *PRO SE* MOTION FOR COMPASSIONATE RELEASE BASED ON 18 U.S.C. § 3582 (C)(1)(A); AND EXPEDITED MOTION TO APPOINT COUNSEL

1. The pro se motion for compassionate release or in the alternative resentencing, was filed on December 7th, 2021, (Docket # 2266) when Mr. Kadlec was in severe physical pain and in need of proper medical treatment.

2. The conditions at USP Canaan under which Mr. Kadlec suffered his brutal attack have deteriorated. Fights and stabbings occur daily.

3. Mr. Kadlec appears to have suffered a stroke as the result of the attack and to date <u>has still not been examined by a neurologist</u>.

4. Mr. Kadlec's reduced ability to self-care and protect himself in the highly dangerous environment of the USP has the defendant and his family and friends in great fear for his safety and well-being.

5. After reviewing the lengthy pro se motioned filed with the court, the court appointed a CJA attorney to represent Mr. Kadlec from that point forward. (*See* 4/6/2022 Docket # 2279)

6. The CJA attorney contacted Mr. Kadlec at the prison and instructed him to restart his administrative remedy process.

7. Mr. Kadlec filed his BP8, 9, and 10 as he was instructed to do by the CJA attorney, and **completed** the administrative process.

8. During this period of time and on numerous occasions, the CJA attorney scheduled with BOP staff a date and time for the defendant to receive a phone call, and then did not in fact call.

9. The CJA attorney also scheduled several different appointments with the BOP to visit the defendant in jail. <u>Not one of those appointments were kept</u>.

10. The CJA attorney also repeatedly informed the defendant that the defendant would be receiving a copy of the government's response to his motion, but to date, the defendant has still not received the government response to his compassionate release motion. The stress to the defendant caused by waiting day in and day out to review the government's response, which may argue for the defendant dying in prison, has been immeasurable.

11. We ask the court to appoint a second attorney to replace the attorney who abandoned Mr. Kadlec without an explanation.

Thank you,

(on behalf of:)

2

Case 2:97-cr-00098-JPS    Filed 09/02/22    Page 2 of 5    Document 2305

Defendant, David Kadlec, Pro Se
Reg. Number: 05035-089
USP Canaan

3057 Eric J. Williams Memorial Dr
Waymart, PA 18472

Prepared by Andrew Geltzer and others on behalf of David Kadlec.

9371 Holland St.
Jacksonville, Fl 32211
(215)742-5591
Trialprep15@gmail.com

*Andrew Geltzer*

4

12/2/2021

Corrlinks Email from David Kadlec authorizing us to file this motion on his behalf and agreeing to review the document and alert us if anything is inaccurate:

---

David,

Can you please respond to this email confirming that we have your permission to file the motion for compassionate release on your behalf and that to the best of your knowledge everything we've included is true and accurate? I know there are some sections you haven't had the chance to review, but based on what you've seen, you agree that the information is reliable. We'll be sending you a complete copy of the motion and attachments, and when you receive it, please review it thoroughly and alert us immediately if there are any inaccuracies and we can file a supplement with the court. We note that you currently don't have access to a notary, so hopefully this Corlinks email will suffice. Also, we're going to file the motion with the court before we mail you a copy, because we want to deny the BOP the opportunity for a punitive reaction for as long as possible.

Thank you. Love you, brother.

Andrew Geltzer

---

I am giving you permission to file the Motion for Compassionate Release that we have been working on for the last year. I will review it and make sure everything is what it's suppose to be once I get it. I have discussed most of this with you and when I receive it I will read it and make sure it's all what it's suppose to be.
      I am short on time again right now. I hope this is enough information for you to file this for me.
                            Thank you Love you and surely miss the visiting!  David Kadlec
-----Geltzer, Andrew on 12/2/2021 5:51 PM wrote:

5

Case 2:97-cr-00098-JPS   Filed 09/02/22   Page 5 of 5   Document 2305