Carrie Carlson
7931 42nd Ave
Kenosha, WI 53142

MILWAUKEE WI 530

1 SEP 2022  PM 2  L



United States Federal Building & Courthouse
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202
attn: The Honorable Judge Stadtmueller