# *Attorney Kathleen M. Quinn, LLC*

324 E. Wisconsin Avenue, Suite 1410, Milwaukee, WI 53202
414.765.2373 Fax: 414.272.1435
E-mail: quinnkathleen@4law.com

October 4, 2022

Honorable J.P. Stadtmueller
United States District Court Judge for
the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: United States v. David Kadlec
Case Number 97-cr-98

Dear Judge Stadtmueller,

I write to provide an update on the above referenced matter.

At Mr. Kadlec's direction, I filed a motion to withdraw as his attorney. (Doc. 2312). Andrew Geltzer, on behalf of Mr. Kadlec, filed a David Kadlec's Pro Se Response to Government's Reply to Kadlec's Motion for Compassionate Release Based on 18 U.S.C. § 3582(C)(1)(A) (Doc. 2313). In that filing, at paragraph 7, Mr. Geltzer asserts "Attorney Kathleen Quinn has offered to assist with any supplemental filings, should they be needed." After Mr. Geltzer filed this document, your staff called me, brought that assertion to my attention, and asked me for my position or update (or a similar word) regarding the assertion that I offered to assist with supplemental filings.

Because it strikes me that there is ongoing confusion on the part of Mr. Kadlec, Mr. Geltzer, or both men regarding what it means to have an attorney withdraw from representation, and because what is of utmost - - in fact, sole - - importance is that Mr. Kadlec understand his options and exercise them for himself, I scheduled a phone conference with Mr. Kadlec. That phone conference took place this morning. I provided Mr. Kadlec with further explanations I believe helpful and necessary to his decision regarding how he would like me to proceed (and how he would like Your Honor to proceed) pertaining to my representation of him. Today I will send those explanations to him in writing, as well. I have asked that he sign off in writing on one of what I see as his three options in this regard.

I believe it will take about ten days for this to be accomplished. I will update the Court again on October 17, 2022.

Thank you.

Sincerely,

*/s/ Kathleen M. Quinn*u
Kathleen M. Quinn