UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 97-CR-98

DAVID A. KADLEC,

    Defendant.

## MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Jonathan H. Koenig, Assistant United States Attorney for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's submission filed on October 18, 2022, in the above-named case until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in said submission.

Respectfully submitted this 18th day of October, 2022, at Milwaukee, Wisconsin.

>
> GREGORY J. HAANSTAD
> United States Attorney
>
> By:   s/Jonathan H. Koenig
>
> JONATHAN H. KOENIG
> Assistant United States Attorney
> Wis. Bar Number: 1045517
> Attorney for Plaintiff
> Office of the United States Attorney
> Eastern District of Wisconsin
> 517 East Wisconsin Avenue, Room 530
> Milwaukee, WI 53202
> Telephone: (414) 297-1700
> Fax: (414) 297-1738
> E-Mail: jonathan.h.koenig@usdoj.gov