UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                              Case No. 97-CR-98

DAVID A. KADLEC,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed under seal a document with the Clerk of the Court using the ECF system and I hereby certify that I have mailed a copy of the document submitted to the Court to:

David Kadlec
Reg. No. 05035-089
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

                                                  _____
                                                  s/Jonathan H. Koenig
                                                  Assistant United States Attorney
                                                  Bar Number: 1045517
                                                  Attorney for Plaintiff
                                                  Office of the United States Attorney
                                                  Eastern District of Wisconsin
                                                  517 E. Wisconsin Avenue, Room 530
                                                  Milwaukee, Wisconsin 53202
                                                  Telephone: (414) 297-1700
                                                  Fax: (414) 297-1738
                                                  E-Mail: jonathan.h.koenig@usdoj.gov